Electronically Filed

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CIVIL ACTION NO. 5:17-cv-00164-TBR

THE CITY OF MAYFIELD, KENTUCKY,
THE ELECTRIC PLANT BOARD OF MAYFIELD, KENTUCKY,
d/b/a MAYFEILD ELECTRIC AND WATER SYSTEMS                    PLAINTIFFS

v.

PADUCAH & LOUISIVILLE RAILWAY, INC.                           DEFENDANT

## AGREED ORDER OF DISMISSAL

This matter being heard upon the joint motion of the parties, through counsel, and it appearing that all things and matters in controversy between the parties have been resolved, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action, and all claims asserted, or which could have been asserted herein, be and the same are hereby dismissed with prejudice. Costs shall be borne by the party incurring the cost.

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

June 7, 2019

**AGREED TO AND APPROVED FOR ENTRY:**

s/S. Boyd Neely, Jr. (with permission)
S. Boyd Neely, Jr.
Counsel for Plaintiffs

s/Miller Grumley
L. Miller Grumley
Counsel for Defendants